THE TRUSTEES OF THE FORESTVILLE BAPTIST SOCIETY, Respondents, *v.* HORATIO N. FARNHAM et al., Appellants.

(Argued September 23, 1880 ; decided October 12, 1880.)

DECIDED on the facts in the case.
Mem. of decision below (15 Hun, 381).

*Samuel Hand* for appellants.

*Julius A. Parsons* for respondents.

MILLER, J., reads for reversal.
All concur.
Judgment reversed.